[No. 13440-3-II. Division Two. March 20, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
MICHAEL STACY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 89-1-02939-3, Rosanne Buckner, J., entered
December 7, 1989. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander and Morgan, JJ.